UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 23-12969 |
| Plaintiff, | F. Kay Behm<br>United States District Judge |
| v. | |
| JOSEPH SKINNER III, *et al*, | Kimberly G. Altman<br>United States Magistrate Judge |
| Defendants.<br>_____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S FEBRUARY 21, 2025 REPORT AND RECOMMENDATION AND MARCH 24, 2025 REPORT AND RECOMMENDATION (ECF Nos. 21, 29), GRANTING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT (ECF Nos. 18, 28), and ENTERING DEFAULT JUDGMENT AGAINST DEFENDANTS JOSEPH SKINNER, III AND JOLEEN SKINNER**

Currently before the court are Magistrate Judge Kimberly G. Altman's February 21, 2025 and March 24, 2025 Reports and Recommendations.  (ECF Nos. 21, 29).  Magistrate Judge Altman recommends granting the motions for default judgment against Defendants Joseph Skinner, III (ECF No. 18) and Joleen Skinner (ECF No. 28).  The court is fully advised in the premises and has reviewed the record and the pleadings.  No objections have been filed.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich.

Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Reports and Recommendations (ECF No. 21, 29) and **GRANTS** Plaintiff's motions for default judgment (ECF Nos. 18, 28) against Defendants Joseph Skinner, III and Jolene Skinner. Accordingly, the court **ENTERS** default judgments against Joseph Skinner, III and Joleen Skinner as follows:

1. Joseph Skinner, III is not entitled to any share of the judgment proceeds in the underlying interpleader action; and MetLife, General Motors, and the General Motors Plan are discharged from further liability to Joseph Skinner, III relating to the life insurance benefits at issue in the underlying interpleader action.

2. Joleen Skinner is not entitled to any share of the judgment proceeds in the underlying interpleader action; and MetLife, General Motors, and the General Motors Plan are discharged from further liability to Joleen Skinner relating to the life insurance benefits at issue in the underlying interpleader action.

**SO ORDERED**.

Date: April 17, 2025    s/F. Kay Behm
　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　United States District Judge