IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

JOSEPH SKINNER III, JOLEEN SKINNER, ROME SKINNER, SHIRLEY WILLIAMS, SAMANTHA SKINNER, AND GERMAIN SKINNER,

    Defendants.

Case No.: 23-cv-12969-FKB

Dist. Judge F. Kay Behm
Mag. Judge Kimberly G. Altman

**ORDER FOR REMITTANCE OF PROCEEDS,
<u>DISCHARGE, AND DISMISSAL</u>**

This interpleader action concerns a share of the life insurance benefits provided under the General Motors Group Life Insurance Plan (the "Plan"), an ERISA-regulated employee welfare benefit plan sponsored by General Motors ("GM") and funded by a group life insurance policy issued by Plaintiff Metropolitan Life Insurance Co. ("MetLife") and covering Joseph Skinner, Jr. ("the Decedent"). The amount of the Plan Benefits at issue is $16,146.00, plus any applicable interest (the "Benefits").

1

Defendants Joseph Skinner, III and Joleen Skinner failed to appear or answer the Complaint, and the Court has entered default judgments against them. ECF No. 30.

Defendants Rome Skinner, Shirley Williams, Samantha Skinner, and Germain Skinner waived or accepted service and filed a joint answer to the Complaint. ECF No. 8.

At a settlement conference held on July 24, 2025 before Magistrate Judge Kimberly G. Altman all remaining parties appeared and an agreement was reached.

The Court being otherwise fully advised of the premises:

IT IS HEREBY ORDERED that MetLife shall disburse four equal shares of the Benefits as follows:

1. One share to Samantha Skinner by check mailed to 3109 Helber St., Flint, MI 48504.

2. One share to Rome Skinner by check mailed to 2456 Howe Rd., Bldg. 13, Apr. 3, Burton, MI 48519.

3. One share to Shirley Williams by check mailed to 402 W. Genessee St., Flint, MI 48505.

4. One share paid to Samantha Skinner for the benefit of Germain Skinner by check made payable to Samantha Skinner and mailed to 3109 Helber St., Flint, MI 48504.

Payments are to be mailed within 30 days of entry of the order.

IT IS FURTHER ORDERED that Defendants Rome Skinner, Shirley Williams, Samantha Skinner, and Germain Skinner, and any other claimant to the Plan Benefits as a result of the death of Plan participant Joseph Skinner Jr., together with their agents, attorneys, and assigns are permanently enjoined from instituting or maintaining any additional federal, state, or administrative action against MetLife, the Plan, or GM, as well as their respective past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers, servants, employees, officers, directors, principals, representatives, attorneys, administrators or insurers relating to the Plan, the Plan Benefit, and/or the facts set described in MetLife's Complaint.

IT IS FURTHER ORDERED that MetLife, the Plan, and GM, along with any of their respective past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers, servants, employees, officers, directors, principals, representatives, attorneys, and insurers are discharged from any and all liability for the Decedent's life insurance coverage under the Plan, the Remaining Plan Benefit, and/or the facts that comprise the basis of this interpleader action; and

IT IS FURTHER ORDERED that MetLife is dismissed from this action with prejudice.

Because this Order resolves all pending claims, the Court will also enter a Judgment to close this case.

**SO ORDERED.**

Date: August 7, 2025                                 s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge