# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

JOSEPH SKINNER III, JOLEEN SKINNER, ROME SKINNER, SHIRLEY WILLIAMS, SAMANTHA SKINNER, AND GERMAIN SKINNER,

    Defendants.

Case No.: 23-cv-12969-FKB

Dist. Judge F. Kay Behm
Mag. Judge Kimberly G. Altman

---

## JUDGMENT

**It IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on this date, this cause of action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Date: August 7, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

4922-9113-1226_1